## HERBERT LAW GROUP, LLC
ATTORNEYS & COUNSELLORS AT LAW
www.herbertlawllc.com

writer's email: hbrollesy@herbertlawllc.com

96 Engle Street                                          Office: (201) 490-4070
Englewood, New Jersey 07631                           Facsimile: (201) 490-4077

June 4, 2019

**VIA ECF**

The Honorable John Michael Vazquez, U.S.D.J.
United States District Court – District of New Jersey
Lautenberg U.S. Post Office & Courthouse
Federal Square, Courtroom PO 3
Newark, NJ 07101

       **Re:**   <u>Carlor v. Bank of America/Merrill Lynch, et al</u>
              Action No.: 2:18-cv-15047

Dear Judge Vazquez:

     Our office represents Plaintiff, David Carlor, in the above matter. On or about December 6, 2018, Pro Hac Vice Counsel, Stuart D. Roberts, Esq., was added to receive Notices of Electronic Filing. To date, that is the last event that was entered on the docket in this matter. At this time, we are writing to request an update on the status of the above action.

     If you require any additional information, please do not hesitate to contact our office. Thank you in advance for your attention to this matter.

              Respectfully Submitted,

              **HERBERT LAW GROUP, LLC**

              */s/Hany S. Brollesy*

              Hany S. Brollesy, Esq.

Enclosures

Cc:   Stuart D. Roberts, Esq. (via ECF)
       Justin E. Condit, Esq. (via ECF)