**Not for Publication**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID CARLOR,<br>    *Plaintiff*,<br>v.<br>BANK of AMERICA/MERRILL LYNCH AND JOHN/JANE DOES A THROUGH D,<br>    *Defendant*. | Civil Action No. 18-15047<br>(JMV) (MF)<br><br>**ORDER** |

**JOHN MICHAEL VAZQUEZ, U.S.D.J.**

For the reasons set forth in the accompanying Opinion, and for good cause shown,

**IT IS** on this 17th day of July 2019, hereby

**ORDERED** that Defendant's Motion to Dismiss, D.E. 4, is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint, D.E 1, is **DISMISSED without prejudice**; and it is further

**ORDERED** that Plaintiff may file an Amended Complaint addressing the deficiencies noted in the accompanying Opinion within thirty (30) days of the date of this Order. If Plaintiff fails to do so, then this matter will be dismissed with prejudice.

_____
John Michael Vazquez, U.S.D.J.
